STEPHEN M. GARCIA (SBN 123338)
sgarcia@lawgarcia.com
DAVID MEDBY (SBN 227401)
dmedby@lawgarcia.com
GARCIA, ARTIGLIERE & SCHADRACK
One World Trade Center, Suite 1950
Long Beach, CA 90831
Telephone:  (562) 216-5270
Facsimile:   (562) 216-5271

Attorneys for Plaintiff
SALLIE CWIK

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MARJA-LIISA OVERBECK (State Bar No. 261707)
mari.overbeck@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street; Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
HARVEST MANAGEMENT SUB LLC

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLIE CWIK, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>   vs.<br><br>HARVEST MANAGEMENT SUB LLC; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV12-08309 DMG (JC)<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**<br><br>Date:  November 1, 2013<br>Time:  9:30 a.m.<br>Courtroom: 7 |

DON HOWARTH (SBN 53783)
dhowarth@howarth-smith.com
SUZELLE M. SMITH (SBN 113992)
ssmith@howarth-smith.com
ARCHIBALD M. SMITH (SBN 283887)
asmith@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

Attorneys for Plaintiff
SALLIE CWIK

JEFFREY M. OSOFSKY (State Bar No. 268593)
jeff.osofsky@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
HARVEST MANAGEMENT SUB LLC

      For the reasons stated on the record and having considered the Stipulation Re: Settlement of Collective Action [Doc. # 38.] ("Stipulation") and all other materials properly before the Court, and having conducted an inquiry pursuant to 29 U.S.C. § 216(b), the Court approves the parties' Stipulation, including an award of attorneys' fees for Class Counsel in the amount of $1,875,000, allowable litigation costs and expenses of up to $25,000, and a $5,000 incentive award for Plaintiff and class representative Sallie Cwik.  Upon submission of the final report from the Claims Administrator as provided in the Stipulation to Amend Stipulation re: Settlement of Collective Action [Doc. # 48.], the Court will enter Judgment provided in the Stipulation.  Thereafter, Holiday, itself or through the Claims Administrator, shall deliver the payments to the Participating Claimants, the Plaintiff, and Class Counsel as provided for in the Stipulation.

      **IT IS SO ORDERED.**

DATED:  November 1, 2013

                                                                     _____
                                                                      DOLLY M. GEE
                                                                       UNITED STATES DISTRICT JUDGE