**GARCIA, ARTIGLIERE & SCHADRACK**
Stephen M. Garcia, State Bar No. 123338
  sgarcia@lawgarcia.com
David M. Medby, State Bar No. 227401
  dmedby@lawgarcia.com
One World Trade Center, Suite 1950
Long Beach, California  90831
Telephone: (562) 216-5270
Facsimile: (562) 216-5271

**HOWARTH & SMITH**
Don Howarth, State Bar No. 53783
  dhowarth@howarth-smith.com
Suzelle M. Smith, State Bar No. 113992
  ssmith@howarth-smith.com
Ames Smith, State Bar No. 283887
  asmith@hovarth-smith.com
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

*Attorneys for Plaintiff and Class Members*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SALLIE CWIK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HARVEST MANAGEMENT SUB LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-CV-8309-DMG (JCx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS'FEES, COSTS AND EXPENSES, AND AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENT**<br><br>Date:         November 1, 2013<br>Time:        9:30 a.m.<br>Courtroom:   7 |

Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Award of Class Representative Payment (hereinafter "Motion"), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), came on regularly for hearing on November 1, 2013, in the above-captioned court. All parties were represented by counsel.

Having considered the papers filed by the parties, oral argument of counsel, and the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and finds and ORDERS as follows:

1. This Court has jurisdiction over the subject matter of this litigation, Defendant, and the Collective Action Plaintiffs.

2. Notice of the requested award of attorneys' fees and reimbursement of expenses was directed to Collective Action Plaintiffs in a reasonable manner, and complies with all applicable legal requirements including but not limited to 29 U.S.C. §216(b).

3. Collective Action Plaintiffs and any party from whom payment is sought have been given the opportunity to object and no Collective Action Plaintiffs have objected to any aspect of the proposed Settlement, including the request for attorneys' fees and reimbursement of expenses.

4. The requested award of $1,875,000 in attorneys' fees is supported by the percentage of the common fund method, as it is equal to this Circuit's benchmark of 25 percent of the total value of the Settlement to the Class ($7.5 million). *See, e.g., Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

5. The amount of fees requested is also fair and reasonable as analyzed under the lodestar method. The Court has reviewed the hours devoted to this case by Class Counsel and concludes that they are reasonable. The Court has reviewed the hourly rates used by Class Counsel in calculating their lodestar fees and concludes that these rates are appropriate for attorneys in this locality of Class Counsel's skill and

1 experience.  The Court notes that the raw lodestar is being used with a multiplier of
2 approximately 4.54 in the lodestar cross-check analysis, and finds that this multiplier is
3 justified by the risk Class Counsel undertook and the excellent result that they achieved
4 for their clients, among other factors.  Moreover, the multiplier will decline as Class
5 Counsel continue to work on the case and monitor the effectuation of the settlement.

6. The $25,000 in litigation costs and expenses requested by Class Counsel exceeds the amount of costs and expenses actually incurred by Class Counsel, which have been adequately documented and were reasonably incurred for the benefit of the Class, and the Court finds that reimbursement of these costs and expenses is justified.

7. The Court finds and determines that the award of $5,000 to lead Plaintiff Sallie Cwik for her services as the Class Representative, in addition to her individual Settlement Shares, is fair and reasonable.

Therefore, Class Counsel are hereby awarded attorneys' fees in the amount of $1,875,000 and reimbursement of costs and expenses in the amount of $25,000.  The Class Representative Sallie Cwik is hereby awarded $5,000 for her services as Class Representative.

**IT IS SO ORDERED.**

DATED:   November 5, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE